ACCEPTED
15-25-00062-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/11/2025 3:49 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00062-CV

# In the Court of Appeals for the Fifteenth Judicial District Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/11/2025 3:49:44 PM
CHRISTOPHER A. PRINE
Clerk

STATE OF TEXAS,

*Appellant.*

v.

CITY OF DALLAS, ET AL.,

*Appellees.*

On Appeal from the
134th Judicial District Court, Dallas County

## UNOPPOSED MOTION TO DISMISS APPEAL

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

OFFICE OF THE
ATTORNEY GENERAL OF TEXAS
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

RYAN G. KERCHER
Chief, Special Litigation

ZACHARY L. RHINES
Special Counsel
State Bar No. 24116957
Zachary.Rhines@oag.texas.gov

KYLE S. TEBO
Special Counsel
State Bar No. 24137691
Kyle.Tebo@oag.texas.gov

COUNSEL FOR APPELLANT

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), the State voluntarily moves to dismiss this appeal. This appeal centers around whether the trial court properly denied the State's application for a temporary injunction, which would have prevented Appellees from implementing a marijuana decriminalization charter amendment. At issue in this case is whether the Appellees may amend the City of Dallas's charter to functionally decriminalize possession of marijuana. After this Court's decisions in *State of Texas v. City of Austin, et al.*, No. 15-24-00077-CV, and *State of Texas v. City of San Marcos, et al.*, No. 15-24-00084-CV, however, the Parties have jointly decided to enter into an agreed temporary injunction. The trial court first issued the agreed temporary injunction on June 28, 2025, and, at the request of the Parties, issued an amended temporary injunction on June 10, 2025.

Because the temporary injunction is now in place, the State sees no reason for this appeal to remain active and thus requests that the Court dismiss this appeal. This motion is unopposed.

## PRAYER

Texas respectfully requests that the Court grant this motion and dismiss this appeal.

Date: May 2, 2025

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

Respectfully submitted,

/s/ Zachary L. Rhines
ZACHARY L. RHINES
Special Counsel
State Bar No. 24116957
Zachary.Rhines@oag.texas.gov

KYLE S. TEBO
Special Counsel
State Bar No. 24137691
Kyle.Tebo@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

COUNSEL FOR THE STATE OF TEXAS

## CERTIFICATE OF CONFERENCE

I certify that on July 3, 2025, I notified counsel for Defendant-Appellees that this motion to dismiss would be filed upon entry of an agreed temporary injunction order. On July 11, 2025, counsel expressly indicated that Defendant-Appellees are unopposed.

/s/ Zachary L. Rhines
ZACHARY L. RHINES
Special Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2025, a true and correct copy of the foregoing document was served via the Court's electronic filing system to all counsel of record

*/s/ Zachary L. Rhines*
ZACHARY L. RHINES
Special Counsel

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Bonnie Freymuth on behalf of Zachary Rhines
Bar No. 24116957
bonnie.freymuth@oag.texas.gov
Envelope ID: 103046157
Filing Code Description: Motion
Filing Description: Unopposed Motion to Dismiss
Status as of 7/11/2025 4:00 PM CST

Associated Case Party: City of Dallas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Stacy Rodriguez | 11016750 | stacy.rodriguez@dallascityhall.com | 7/11/2025 3:49:44 PM | SENT |
| Nicholas Palmer | 24067814 | nicholas.palmer@dallas.gov | 7/11/2025 3:49:44 PM | SENT |
| Andrew G.Spaniol | | andrew.spaniol@dallas.gov | 7/11/2025 3:49:44 PM | SENT |
| Elizabeth Chandler | | elizabeth.chandler@dallas.gov | 7/11/2025 3:49:44 PM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Zachary Rhines | | zachary.rhines@oag.texas.gov | 7/11/2025 3:49:44 PM | SENT |
| Kyle Tebo | | Kyle.Tebo@oag.texas.gov | 7/11/2025 3:49:44 PM | SENT |
| Bonnie Freymuth | | bonnie.freymuth@oag.texas.gov | 7/11/2025 3:49:44 PM | SENT |